UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LESLIE B. LEWIS,<br><br>　　　　Debtor. | Chapter 7<br>Case No. 14–30096–HJB |
| ALAN L. BRAUNSTEIN, CHAPTER 7 TRUSTEE OF THE ESTATE OF LESLIE B. LEWIS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NANNETTE S. LEWIS, and LISA LONDON, as TRUSTEE OF CONE HILL ROAD NOMINEE TRUST,<br><br>　　　　Defendants. | Adv. Proceeding No.: 15–03003 |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that law firm Milligan Coughlin LLC has changed its firm name to Milligan Rona Duran & King LLC, effective immediately. The physical address is unchanged, but the email addresses and phone numbers have changed. As a result, the address of the firm's Boston office is now:

**MILLIGAN RONA DURAN & KING LLC**
Seven Liberty Square, 2nd Floor
Boston, Massachusetts 02109
Tel: (617) 395-9570
Fax: (855) 395-5525

                                                Respectfully submitted,

                                                ALAN L. BRAUNSTEIN, CHAPTER 7 TRUSTEE IN BANKRUPTCY FOR LESLIE B. LEWIS,

                                                By his Attorney,

Dated: April 13, 2015                /s/ *Ilyas J. Rona*
                                                Ilyas J. Rona, Esq. (BBO# 642964)
                                                **MILLIGAN RONA DURAN & KING LLC**
                                                Seven Liberty Square, 2nd Floor
                                                Boston, Massachusetts 02109
                                                Tel: (617) 395-9570
                                                Fax: (855) 395-5525
                                                ijr@milliganrona.com