# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Braunstein v. Lewis et al          Case Number: 15-03003          Ch:

**MOVANT/APPLICANT/PARTIES:**

#30 Motion of Plaintiff for Preliminary Injunction and approval of real estate attachment

**OUTCOME:**

\_\_\_\_Granted   \_\_\_\_Denied   \_\_\_\_Approved   \_\_\_\_Sustained
\_\_\_\_Denied   \_\_\_\_Denied without prejudice   \_\_\_\_Withdrawn in open court   \_\_\_\_Overruled
\_\_\_\_OSC enforced/released
\_\_\_\_Continued to:_____For:_____
\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DENIED for the reasons set forth in open court.  However, in light of the Plaintiff's claims that the property at 45 Laurel Road, Brookline, Massachusetts (the "Property") was fraudulently transferred and this Court having found that the Plaintiff has made a plausible claim for relief, the Court authorizes the Plaintiff, pursuant to 11 U.S.C. Section 105(a), to file a notice of lis pendens with respect to the Property.

IT IS SO NOTED:                                IT IS SO ORDERED:

_____                      _____Dated: 07/15/2015
Courtroom Deputy